FILED

05/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0504

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0504

_____

CRAZY CARLS, INC., d/b/a AUTO RESOURCE,

      Plaintiff and Appellee,

  v.                                     O R D E R

SANDRA JORGENSEN,

      Defendant and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Sandra Jorgensen, to all counsel of record, and to the Honorable Randal I. Spaulding, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 19 2021